UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| PREIS KRAFT & ROY | * | CIVIL ACTION NO. 05-953 |
| VERSUS | * | JUDGE MELANÇON |
| DALLAS FIRE INSURANCE CO. | * | MAGISTRATE JUDGE HILL |

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED that the Motion to Dismiss filed by Dallas Fire Insurance Company is DENIED.

IT IS FURTHER ORDERED that Motion to Transfer filed by Dallas Fire Insurance Company is GRANTED, and that this matter be transferred to the United States District Court for the Southern District of Texas.[1]

Thus done and signed this 26th day of June, 2006, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] Even without *in personam* jurisdiction, the Court has authority to transfer this matter to another district where jurisdiction and venue are proper, pursuant to 28 U.S.C. § 1631. See also *Bentz v. Recile*, 778 F.2d 1026, 1027 (5th Cir. 1985).